# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS WOODWARD, and MADISON WOODWARD III,<br><br>    Plaintiffs,<br>v.<br><br>AMANDA LEFTON, in her official capacity as Commissioner of the New York Department of Environmental Conservation; CATHERINE DICKERT, in her official capacity as Director of the New York Department of Environmental Conservation's Division of Mineral Resources; LETITIA JAMES, in her official capacity as Attorney General of the State of New York, and KATHY HOCHUL, in her official capacity as Governor of the State of New York,<br><br>    Defendants. | **Civil Action No. 3:26-cv-00736-AJB-CBF**<br><br>**NOTICE OF APPEARANCE OF TYLER FRY ON BEHALF OF PLAINTIFFS** |

Please take notice that Tyler Fry hereby enters an appearance as counsel for Plaintiffs in the above-captioned action.

Dated: May 14, 2026.        Respectfully submitted,

*/s/ Tyler Fry*
Tyler Fry*
TX Bar No. 24136831
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd, Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Fax: (916) 419-7747
Email: TFry@pacificlegal.org

    ***Pro hac vice.***

# CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2026, I electronically filed this notice of appearance with the Clerk of the Court by using the CM/ECF system.

Copies of the same will be sent today to all Defendants via mail.

Dated: May 14, 2026.                    Respectfully submitted,

*/s/ Tyler Fry*
Tyler Fry*
TX Bar No. 24136831
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd, Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Fax: (916) 419-7747
Email: TFry@pacificlegal.org

*\* Pro hac vice*