**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

May 19, 2026

BY CM/ECF

The Honorable Carla B. Freedman
United States Magistrate Judge
United States District Court for the Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton St.
Syracuse, NY 13261

Re: *Woodward v. Lefton* (3:26-cv-00736-AJB-CBF)

Dear Judge Freedman,

Our office represents Defendants Commissioner Amanda Lefton, Director of Mineral Resources Catherine Dickert, Attorney General Letitia James, and Governor Kathy Hochul (collectively, "the State") in this matter. Pursuant to Federal Rule of Civil Procedure 6(b), I write to respectfully request that the Court extend certain deadlines as follows. Plaintiffs consent to these requested extensions.

- State's response to the amended complaint: June 24, 2026
- Plaintiffs' response (if the State moves to dismiss): August 7, 2026
- State's reply (if moving to dismiss): August 28, 2026

Plaintiffs challenge portions of Section 23-0501(3) of New York's Environmental Conservation Law, which prohibits the extraction of natural gas via high-volume hydraulic fracturing (also known as "fracking"). Plaintiffs claim this law violates the Takings Clause of the Fifth Amendment and seek injunctive and declaratory relief.

Plaintiffs served the State on May 12, 2026, and the State's response to the amended complaint is due June 2, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). I have travel scheduled during this period and a significant workload in other litigation. The requested extensions would allow the State and Plaintiffs to better address the

issues raised by the amended complaint. The State has not previously sought any extensions of these deadlines.

Thank you for the Court's consideration of this request.

Respectfully submitted,

*/s/ Nathan B. Shulock*
Nathan B. Shulock (NDNY Bar No. 706935)
Assistant Attorney General
New York State Office of Attorney General
Environmental Protection Bureau
The Capitol
Albany, NY 12224
(518) 776-2422
Nathan.Shulock@ag.ny.gov

Copy (by CM/ECF): All counsel of record