EARTHJUSTICE
BECAUSE THE EARTH NEEDS A GOOD LAWYER

NORTHEAST REGIONAL OFFICE
48 WALL STREET, 15TH FLOOR
NEW YORK, NY 10005-2903
T: 212.845.7376
F: 212.918.1556

June 18, 2026

**Via CM/ECF**

The Honorable Carla B. Freedman
United States Magistrate Judge
U.S. District Court for the Northern District of New York
100 S. Clinton St.
Syracuse, NY 13261

Re: *Woodward v. Lefton*, No. 3:26-cv-00736

Dear Judge Freedman,

We represent Catskill Mountainkeeper, Food & Water Watch, and Delaware Riverkeeper Network ("Movants").

On behalf of Movants, we write pursuant to Local Rule 7.1(a)(2) to request the Court's leave to file a motion for permissive intervention under Federal Rule of Civil Procedure 24(b)(1)(B) in the above-captioned case. As the motion and accompanying papers will show, Movants, nonprofit organizations devoted to protecting the natural environment and their members' health, advocated for years to secure New York's longstanding prohibition of high-volume hydraulic fracking and other fracking methods. Their members rely on New York's environmental and health protections from the state's prohibitions on fracking, which Plaintiffs challenge in this case. Plaintiffs plan to oppose the motion, and State Defendants consent to intervention. We plan to file as close as possible to June 24, the deadline for Defendants' responsive papers.

In the alternative, Movants request a court conference in advance of filing their motion, should the Court decide that one is warranted.

Respectfully submitted,

*s/Rachel Spector*
Rachel Spector
Hillary Aidun
Andrew Saavedra
Earthjustice
48 Wall Street, 15th Floor

New York, NY 10005
(212) 845-7387
rspector@earthjustice.org
haidun@earthjustice.org
asaavedra@earthjustice.org

*Counsel for Catskill Mountainkeeper*

*s/Todd Ommen*
Todd Ommen
Pace Environmental Litigation Clinic
78 North Broadway
White Plains, NY 10603
(914) 422-4343
tommen@law.pace.edu

*s/Erin E. Doran*
Erin E. Doran*
Senior Staff Attorney
Food & Water Watch
1616 P Street NW, Suite 300
Washington, DC 20036
(202) 683-2451
edoran@fwwatch.org
**Pro hac vice motion forthcoming*

*Counsel for Food & Water Watch*

*s/Kacy Manahan*
Kacy Manahan
Delaware Riverkeeper Network
925 Canal Street, Suite 3701
Bristol, PA 19007
(215) 369-1188 ext. 115
kacy@delawareriverkeeper.org

*Counsel for Delaware Riverkeeper Network*