

July 1, 2026

BY CM/ECF

The Honorable Carla B. Freedman
United States Magistrate Judge
United States District Court for the Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton St.
Syracuse, NY 13261

Re: *Woodward v. Lefton* (3:26-cv-00736-AJB-CBF)

Dear Judge Freedman:

I represent Plaintiffs in this matter. Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs write to request that the Court extend certain deadlines for briefing the Defendants' motion to dismiss (Dkt. No. 32) and the Motion to Intervene filed by the Catskill Mountainkeeper, Delaware Riverkeeper Network, and Food & Water Watch ("Proposed Intervenors") (Dkt. No. 28), both of which were filed on June 24, 2026.

For briefing the Proposed Intervenors' Motion to Intervene, Plaintiffs request the following extensions:

- Deadline for Plaintiffs' response to the motion to intervene: August 7, 2026

- Deadline for Proposed Intervenors' reply: August 28, 2026

The Proposed Intervenors consented to the August 7 date on the condition that they may file a reply on August 28. Counsel for the State Defendants informed Plaintiffs that the State Defendants take "no position" on these requested extensions.

For briefing the Defendants' Motion to Dismiss, Plaintiffs request the following extensions:

- Deadline for Plaintiffs' response to the motion to dismiss: August 7, 2026

- Deadline for Defendants' reply: August 28, 2026

The Defendants consent to these requested extensions for briefing their motion to dismiss. (Plaintiff's counsel did not ask the Proposed Intervenors for consent regarding the briefing of the Defendants' motion to dismiss given that their intervention is only pending).

Hon. Carla B. Freedman
Page 2


Plaintiffs request these extensions given their litigation team's summer vacation and Fourth of July holiday plans. Additionally, one member of the litigation team is on parental leave. The requested extensions would allow all parties to better address the issues that the motions raise.

Thank you for the Court's consideration of this request.

Respectfully submitted,

*/s/ David McDonald*
David McDonald
NY Bar No. 5539424
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd, Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Fax: (916) 419-7747
Email: dmcdonald@pacificlegal.org

*Copy (by CM/ECF): All counsel of record*