**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THOMAS WOODWARD, and MADISON WOODWARD III, <br><br>     Plaintiffs, <br> v. <br><br> AMANDA LEFTON, in her official capacity as Commissioner of the New York Department of Environmental Conservation; CATHERINE DICKERT, in her official capacity as Director of the New York Department of Environmental Conservation's Division of Mineral Resources; LETITIA JAMES, in her official capacity as Attorney General of the State of New York; and KATHY HOCHUL, in her official capacity as Governor of the State of New York, <br><br>     Defendants. | **Civil Action No. 3:26-cv-00736-AJB-CBF** <br><br><br> **Proposed Order Granting Plaintiffs' Motion for an Extension of Time to Respond to Motion to Dismiss and Motion to Intervene** |

On July 1, 2026, Plaintiffs filed a letter motion for an extension of time to respond to Defendants' Motion to Dismiss (Dkt. No. 32) and the Motion to Intervene filed by the Catskill Mountainkeeper, Delaware Riverkeeper Network, and Food & Water Watch ("Proposed Intervenors") (Dkt. No. 28).

The Court, having considered the Plaintiffs' motion and finding good cause therefor, hereby GRANTS the motion and ORDERS as follows:

- Plaintiffs' deadline to respond to the Defendants' Motion to Dismiss is extended to August 7, 2026. The Defendants' reply is due August 28, 2026.

- Plaintiffs' deadline to respond to the Proposed Intervenors' motion to

1

intervene is extended to August 7, 2026. The Proposed Intervenors' reply is

due August 28, 2026.


IT IS SO ORDERED.


Dated:                                    _____

                                          Hon. Carla B. Freedman
                                          United States Magistrate Judge