**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

THOMAS WOODWARD, and
MADISON WOODWARD III,

Plaintiffs,

v.

AMANDA LEFTON, in her official capacity as Commissioner of the New York Department of Environmental Conservation; CATHERINE DICKERT, in her official capacity as Director of the New York Department of Environmental Conservation's Division of Mineral Resources; and LETITIA JAMES, in her official capacity as Attorney General of the State of New York, and KATHY HOCHUL, in her official capacity as Governor of the State of New York,

Defendants.

Civil Action No.: 3:26-cv-00736-AJB-CBF

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs oppose Defendants' motion to dismiss for the reasons stated in their memorandum of law that accompanies this filing.

Dated: August 7, 2026.

Respectfully submitted,

*/s/ David McDonald*
David McDonald, NY Bar No. 5539424
Jeffrey D. Jennings, VA Bar No. 87667*
Tyler Fry, TX Bar No. 24136831*
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd, Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Fax: (916) 419-7747
Email: DMcDonald@pacificlegal.org
JJennings@pacificlegal.org
TFry@pacificlegal.org

* *Mailing address only. Pro hac vice.*